IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN GROUNDS,<br><br>    Defendants. | No. C 11-2870 JSW (PR)<br><br>**ORDER** |

    Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. The case was dismissed without prejudice on July 26, 2011. Since that time, the Court has twice received an amended complaint from Plaintiff, most recently on November 2, 2012. Plaintiff may not file an amended complaint in this case because the case is closed and no leave to file an amended complaint was granted. If Plaintiff wishes to pursue the claims in the amended complaint, he must open a new case by filing a new complaint with no case number in the caption, and include either the filing fee or a new in forma pauperis application with a new complaint. He may not file the amended complaint or pursue the claims therein in the present case.

    IT IS SO ORDERED.

DATED: January 10, 2013

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | FOR THE |
|   | NORTHERN DISTRICT OF CALIFORNIA |

ANDRE JONES,

        Plaintiff,

  v.

WARDEN GROUNDS, ET AL. et al,

        Defendant.

Case Number: CV11-02870 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Jones
J41371
P.O. Box 689
Soledad, CA 93690

Dated: January 10, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk